IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON BETTGER**   **PLAINTIFF**
**#208526**

**V.**   NO. 4:22-cv-00904-JM

**HIGGINS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE